```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                            CASE NO. 05 B 09311
    EVELYN KNIGHTSHEAD
                                                  CHAPTER 13

                                                  JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-5007

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 03/15/2005 and was confirmed 05/02/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors 100.00%.

      The case was paid in full 07/11/2007.
------------------------------------------------------------------------------
 CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
 SELECT PORTFOLIO SERVICI CURRENT MORTG   18989.60          .00        18989.60
 SELECT PORTFOLIO SERVICI MORTGAGE ARRE     712.00          .00          712.00
 COOK COUNTY TREASURER    NOTICE ONLY     NOT FILED         .00             .00
 ASSISTANT STATE ATTORNEY NOTICE ONLY     NOT FILED         .00             .00
 ARISTON MEDICAL EQUIPMEN UNSECURED       NOT FILED         .00             .00
 ARTHUR B ADLER & ASSOC   UNSECURED       NOT FILED         .00             .00
 ALLIANCE ONE             NOTICE ONLY     NOT FILED         .00             .00
 CAPITAL ONE BANK         UNSECURED          424.10         .00          424.10
 SURPAS RESOURCE CORP     NOTICE ONLY     NOT FILED         .00             .00
 ARROW FINANCIAL SERVICES UNSECURED          594.20         .00          594.20
 WALMART                  NOTICE ONLY     NOT FILED         .00             .00
 ILLINOIS EYE INSTITUTE   UNSECURED       NOT FILED         .00             .00
 MIDWEST EYE CENTER       UNSECURED       NOT FILED         .00             .00
 RAFKO TOMOVIC            UNSECURED       NOT FILED         .00             .00
 RIDDLE & ASSOC PC        UNSECURED       NOT FILED         .00             .00
 THOREK HOSPITAL & MEDICA UNSECURED       NOT FILED         .00             .00
 THOREK HOSPITAL & MEDICA UNSECURED       NOT FILED         .00             .00
 CAPITAL ONE BANK         UNSECURED         1110.70         .00         1110.70
 TIMOTHY K LIOU           DEBTOR ATTY       1,780.20                    1,780.20
 TOM VAUGHN               TRUSTEE                                       1,282.27
 DEBTOR REFUND            REFUND                                        1,118.93

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
 TRUSTEE                26,012.00

 PRIORITY                                        .00
 SECURED                                   19,701.60
 UNSECURED                                  2,129.00
 ADMINISTRATIVE                             1,780.20

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 09311 EVELYN KNIGHTSHEAD
```

```
TRUSTEE COMPENSATION                                           1,282.27
DEBTOR REFUND                                                  1,118.93
                                        ----------------   ----------------
TOTALS                                        26,012.00          26,012.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 10/25/07                      /s/ Tom Vaughn
                                     _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE